IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

**UNITED STATES OF AMERICA,**

                Plaintiff,

vs.

**DOUGLAS J. BUTTIKOFER, JR.,**

                Case No. 20-cr-1012

              Defendant.

**AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY FOR APPELLANT AND FOR APPOINTMENT OF SUCCESSOR COUNSEL**

STATE OF WISCONSIN   )
                                ) SS.
COUNTY OF DANE       )

      MARK A. EISENBERG, being first duly sworn on oath, deposes and states as follows:

      1.     I am an attorney licensed to practice law in the State of Wisconsin.

      2.     I was retained to represent Douglas Buttikofer in the above-entitled matter.

      3.     Douglas Buttikofer has not retained affiant to represent him in any further proceedings following the sentencing on August 20, 2021, and the restitution hearing scheduled for November 16, 2021, and the filing of a Notice of Appeal and Motion for Leave to File and Proceed on Appeal *in forma pauperis*, which were filed on August 26, 2021.

      4.     Defendant Buttikofer is currently in custody serving a sentence of 108 months.

      5.     Affiant believes that Mr. Buttikofer's only grounds for appeal in this matter is ineffective assistance of counsel pursuant to paragraph 30 of the plea agreement.

6. Affiant, therefore, respectfully requests that the Court permit affiant to withdraw as counsel in the above-entitled case and that successor counsel be appointed to represent Mr. Buttikofer regarding the restitution issues in this matter and any appeal.

Further affiant saith not.

Dated this 30th day of August, 2021.

Mark A. Eisenberg

Subscribed and sworn to before me
this 30th day of August, 2021.

Lori M. DuPuis
Notary Public, State of Wisconsin
My commission expires 6/13/2024.

2