IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN WATERLOO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.                          No. CR20-1012-CJW

DOUGLAS JOHN BUTTIKOFER, JR.,     TRANSCRIPT OF
                                  PLEA TAKING

        Defendant.
_____/


        The Plea Taking held before the Honorable
Mark A. Roberts, Magistrate Judge of the United States
District Court for the Northern District of Iowa, at the
Federal Courthouse, 111 Seventh Avenue Southeast,
Cedar Rapids, Iowa, February 2, 2021, commencing at
9:58 a.m.


APPEARANCES

For the Plaintiff:    ELIZABETH DUPUICH, ESQ.
                      Assistant United States Attorney
                      111 Seventh Avenue Southeast
                      Cedar Rapids, IA 52401

For the Defendant:    MARK A. EISENBERG, ESQ.
                      Eisenberg Law Offices
                      308 East Washington Avenue
                      Madison, WI  53703

Transcribed from      Shelly Semmler, RDR, CRR
digital recording by: 320 Sixth Street
                      Sioux City, IA  51101
                      (712) 233-3846

*Contact Shelly Semmler at 712-233-3846 or ssemmlerreporting@gmail.com*
*to purchase a complete copy of the transcript.*

Case 2:20-cr-01012-CJW-MAR  Document 161  Filed 10/06/21  Page 1 of 42

1   (The following transcript was prepared from an

2  audio recording.)

3                    * * * *

4       THE COURT:  Please be seated.  The case before

5  the Court is United States versus Douglas John

6  Buttikofer, Junior, Number 20-CR-1012.  The United States

7  is represented by Assistant United States Attorney Liz

8  Dupuich.  The defendant is here in person, and he's

9  represented by his attorney, Mark Eisenberg, who appears

10 by video for our hearing today.  The matter comes on for

11 a change of plea pursuant to Rule 11 of the Federal Rules

12 of Criminal Procedure.

13      Mr. Buttikofer, I suppose you knew before the

14 hearing today that Mr. Eisenberg was going to appear by

15 telephone -- I'm sorry, by video for the hearing today?

16      THE DEFENDANT:  Yes, sir.

17      THE COURT:  Is that acceptable to you?

18      THE DEFENDANT:  Yes, Your Honor.

19      THE COURT:  Okay.  Is there any objection from

20 the government?

21      MS. DUPUICH:  No, Your Honor.

22      THE COURT:  Mr. Buttikofer, you've been charged

23 by a superseding indictment that has three counts.  Count

24 1 charges you with distribution of child pornography.

25 Count 2 charges you with receipt of child pornography.

*Contact Shelly Semmler at 712-233-3846 or ssemmlerreporting@gmail.com*
*to purchase a complete copy of the transcript.*
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 2 of 42

And Count 3 charges you with accessing child pornography.
Have you received a copy of that superseding indictment?

                THE DEFENDANT:  Yes, Your Honor, I have.

                THE COURT:  And have you had a full opportunity
to discuss these charges in detail with Mr. Eisenberg?

                THE DEFENDANT:  Yes, Your Honor.

                THE COURT:  I understand that you intend to
plead guilty to Count 3 this morning.  Is that correct?

                THE DEFENDANT:  Yes, Your Honor.

                THE COURT:  You need to understand that I'm a
United States magistrate judge.  And your case has also
been assigned to a United States District Court judge.
You have the right to have a district court judge preside
over a guilty plea proceeding.  I can preside over the
hearing this morning but only if you voluntarily consent.
Is it agreeable with you that I preside over the hearing
today?

                THE DEFENDANT:  Yes, Your Honor.

                THE COURT:  Let the record also reflect that at
document number 115 of the Court's file is a written
consent to proceed before a magistrate judge.  It appears
to be signed by Mr. Eisenberg and Mr. Buttikofer.  So,
Mr. Buttikofer, with your consent, I will preside over
the hearing today.  And during our hearing, I need to ask
you some questions.  And your answers have to be under

Contact Shelly Semmler at 712-233-3840 or ssemmlerreporting@gmail.com
Please do not duplicate or copy this transcript.
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 3 of 42

1  oath.  So at this point I'm going to ask you to please

2  raise your right hand so I can administer the oath.

3          DOUGLAS BUTTIKOFER, JR., DEFENDANT, SWORN

4          THE COURT:  You're now under oath.  If you

5  knowingly lie or make a false statement, the government

6  could charge you with the crimes of perjury or making a

7  false statement.  And if you're convicted of one of those

8  offenses, you could be sentenced to a period of

9  imprisonment and fined.  Do you understand that?

10         THE DEFENDANT:  Yes, Your Honor.

11         THE COURT:  It's important that you answer my

12  questions truthfully because if you were to lie or make a

13  false statement today, the government could use those

14  very statements against you to charge you with those

15  offenses.  Do you understand that?

16         THE DEFENDANT:  Yes, Your Honor.

17         THE COURT:  Now, the first few questions I have

18  for you are really just to make sure that you're in a

19  mental state today where you can voluntarily and

20  knowingly enter a guilty plea.

21     Would you please state your full name.

22         THE DEFENDANT:  Douglas John Buttikofer,

23  Junior.

24         THE COURT:  How old are you, Mr. Buttikofer?

25         THE DEFENDANT:  Forty years old.

Contact Shelly Semmler at 712-233-3843 or ssemmlerreporting@gmail.com
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 4 of 42
Unauthorized reproduction of this transcript is prohibited.

```
 1              THE COURT:  How far have you gone in school?
 2              THE DEFENDANT:  Some college.
 3              THE COURT:  Do you have any difficulty reading
 4    or understanding the English language?
 5              THE DEFENDANT:  No, I do not, Your Honor.
 6              THE COURT:  Have you ever suffered from
 7    depression, anxiety, or any other mental illness?
 8              THE DEFENDANT:  Yes, Your Honor.
 9              THE COURT:  Can you tell me a little bit about
10    that?
11              THE DEFENDANT:  Yeah.  I mean, I have
12    definitely dealt with some anxiety and depression and
13    some things, you know.
14              THE COURT:  Okay.  And I think even in the
15    course of your proceedings before the Court here in this
16    matter you might have since been examined by some mental
17    health professionals.  Is that correct?
18              THE DEFENDANT:  Yes, Your Honor, it is.
19              THE COURT:  Okay.  The only reason I'm asking
20    for it, I want to make sure that there's nothing about
21    your mental health condition that you think would
22    interfere with your ability to understand these
23    proceedings here today.  Do you think there's something
24    about your mental health condition that would interfere
25    with your ability to understand what's going on?
```

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
Unauthorized reproduction/copy of this transcript.
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 5 of 42

     1              THE DEFENDANT:  Not to my knowledge, Your

     2     Honor.

     3              THE COURT:  Okay.  Mr. Eisenberg, I know you

     4     were probably involved in arranging for some of those

     5     examination and know something about the defendant's

     6     mental health history.  Is there something about the

     7     defendant's mental health that would indicate to you that

     8     he would not be competent to understand what's going on

     9     here today?

    10              MR. EISENBERG:  No, Your Honor.

    11              THE COURT:  Mr. Buttikofer, have you ever used

    12     illegal drugs or abused alcohol?

    13              THE DEFENDANT:  Yes, Your Honor, I have.

    14              THE COURT:  Do you think your prior drug or

    15     alcohol use might affect your ability to understand the

    16     proceedings here today?

    17              THE DEFENDANT:  No, Your Honor, I do not.

    18              THE COURT:  Are you taking any medication or

    19     prescription drugs for any mental or physical condition?

    20              THE DEFENDANT:  Yes, Your Honor.  Right now at

    21     the jail they give me melatonin to help me sleep at

    22     night, and then they also give me -- it's -- I can't

    23     think of the name right now, but it's like a generic

    24     Lexapro which is for, I believe, depression and anxiety.

    25              THE COURT:  Okay.  Do you think that would

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 6 of 42

1    interfere with your ability to understand these

2    proceedings here today?

3              THE DEFENDANT:  I do not think so, Your Honor,

4    no.

5              THE COURT:  Have you been prescribed any

6    medication that you're not taking?

7              THE DEFENDANT:  I mean, they've given me

8    like -- we have to fill out these forms to get other

9    stuff, but I don't think -- I mean, the short answer is

10   yes.  I don't think it's anything that affected me, like

11   fiber powder and things like that.

12             THE COURT:  Okay.  So I just wanted to be sure

13   of that.  You're on the same track as me.  There's

14   nothing you should be taking that you think would -- the

15   absence of it would interfere with your ability to

16   understand these proceedings.  Do you agree with that?

17             THE DEFENDANT:  I do, Your Honor.

18             THE COURT:  Do you know of any reason that you

19   might have difficulty understanding these proceedings?

20             THE DEFENDANT:  I'm -- what --

21             THE COURT:  It's kind of an open-ended

22   question.  I just want to know if you can think of

23   anything else that we haven't talked about that might

24   interfere with your ability to understand these

25   proceedings like you've had a head injury or you're not

1   feeling well or something like that.

2           THE DEFENDANT:  Oh, no.  Nothing like that,

3   Your Honor.

4           THE COURT:  It's important that you do

5   understand everything that we do today.  So if there is

6   something that you don't understand, would you please

7   stop me and let me know?

8           THE DEFENDANT:  Definitely.

9           THE COURT:  Mr. Eisenberg, do you have any

10  reason to believe that Mr. Buttikofer is not competent to

11  enter a guilty plea?

12          MR. EISENBERG:  No, sir.

13          THE COURT:  I need to talk to you now,

14  Mr. Buttikofer, about all the rights you'll be giving up

15  if you do plead guilty this morning.

16      First, you have the right to have a lawyer help and

17  represent you during every stage of this case.  In this

18  case you've retained Mr. Eisenberg to represent you.  And

19  if you could no longer afford his services and you still

20  wanted to go to trial and fight these charges, the Court

21  would appoint an attorney to represent you all the way

22  through that trial at no expense to you.  So your

23  inability to afford an attorney shouldn't factor in to

24  your considerations about whether you should plead guilty

25  here today.  Do you understand your right to an attorney?

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
Reproduction without certified copy on transcript.
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 8 of 42

```
1              THE DEFENDANT:  Yes, Your Honor.
2              THE COURT:  Have you been generally satisfied
3    with the services provided by Mr. Eisenberg?
4              THE DEFENDANT:  Definitely, Your Honor.
5              THE COURT:  You also have the right to a speedy
6    and public trial before a jury of 12 people selected from
7    a cross-section of the community.  Both you and
8    Mr. Eisenberg would have a role in selecting the people
9    who would serve on that jury.  And those jurors would
10   swear under oath to try your case fairly based only on
11   the evidence admitted at trial and based on the law as
12   given to them by the judge.
13      Any verdict by the jury would have to be unanimous
14   which means that all 12 people on the jury would have to
15   agree on the verdict.  Do you understand your right to a
16   jury trial?
17             THE DEFENDANT:  Yes, Your Honor.
18             THE COURT:  There's also a presumption of
19   innocence, and that means if the case went to trial, the
20   judge would tell the jury that you're presumed innocent
21   of these charges, and that presumption of innocence could
22   only be overcome if the government produced evidence that
23   proved your guilt beyond a reasonable doubt.  And, in
24   fact, the judge would tell the jury that the presumption
25   of innocence alone could be enough for you to be found
```

Contact Shelly Semmler at 712-233-3846 or ssemmlerreporting@gmail.com
unofficial transcript, not a certified copy of transcript
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 9 of 42

1  not guilty.  Do you understand that?

2          THE DEFENDANT:  Yes, Your Honor.

3          THE COURT:  You also have the right to

4  confrontation.  That means if the case went to trial the

5  government would have to call its witnesses here in open

6  court.  You would have a right to see those witnesses,

7  and they could see you.  You wouldn't have to confront

8  the government's witnesses if you didn't want to, but if

9  you wanted to challenge their testimony, you could do so

10  by having Mr. Eisenberg cross-examine them.  But if you

11  plead guilty here today, Mr. Buttikofer, you'll be giving

12  up your right to confront witnesses on these charges.  Do

13  you understand that?

14          THE DEFENDANT:  Yes, I do, Your Honor.

15          THE COURT:  You also have the right to present

16  a defense.  In a criminal case like this one, the burden

17  of proof is always on the government, and it would never

18  shift to you.  So if your case went to trial, you

19  wouldn't have to produce any evidence if you didn't want

20  to.  But if you wanted to present a defense, you could.

21  For example, you could call witnesses, or you could offer

22  exhibits into evidence.  And if you couldn't afford to

23  have witnesses subpoenaed for that trial or you couldn't

24  afford to have witnesses travel here to the courthouse, I

25  would make the government pay those expenses for you.

*Contact Shelly Semmler at 712-233-3846 or ssemmlerreporting@gmail.com*
*to purchase a complete copy of the transcript*
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 10 of 42

1    But again, Mr. Buttikofer, if you plead guilty here

2  this morning, you'll be giving up your right to present a

3  defense to these charges.  Do you understand that?

4          THE DEFENDANT:  I do understand, Your Honor.

5          THE COURT:  Finally, you have the right to

6  remain silent.  You could testify at your trial if you

7  wanted to, but you wouldn't have to testify.  And nobody

8  could make you testify.  And if you chose not to testify,

9  the prosecutor wouldn't say anything about that decision

10 to the jury, and the judge would instruct the jurors that

11 they could not take into account in any way or, frankly,

12 even discuss among themselves the fact that you did not

13 testify in arriving at the verdict.  Do you understand

14 that?

15         THE DEFENDANT:  Yes, I do, Your Honor.

16         THE COURT:  In summary, Mr. Buttikofer, if you

17 plead guilty here today, there will be no trial.  You

18 will be found guilty based on your plea just as if there

19 had been a trial and just as if a jury had deliberated

20 and returned a guilty verdict against you.  Do you

21 understand that?

22         THE DEFENDANT:  Yes, Your Honor.

23         THE COURT:  Now, before I can recommend that

24 the district court accept your guilty plea, I need to be

25 satisfied that you are, in fact, guilty as charged in the

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.

Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 11 of 42

superseding indictment.  And for you to be found guilty
of accessing child pornography as charged in Count 3 of
the superseding indictment, the government would have to
prove 4 things beyond a reasonable doubt.  I'm going to
go over those four things with you now, Mr. Buttikofer.
In fact, what I'll do is I'll read each of them twice.
The first time I'll read one, I'll just make sure that
you understand it.  Then I'll read it again and ask you
if it's true.

So the first thing the government would have to
prove is that between in or about February 2020 and March
2020 in the Northern District of Iowa you knowingly
accessed with intent to view one or more visual
depictions of child pornography.  Do you understand the
first thing the government would have to prove?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Is it true that between in or about
February 2020 and March 2020 in the Northern District of
Iowa you knowingly accessed with intent to view one or
more visual depictions of child pornography?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  The second thing the government
would have to prove is that you knew the visual depiction
or depictions were of a minor engaging in sexually
explicit conduct.  Do you understand the second thing the

Contact Shelly Semmler at 712-233-3840 or ssemmlerreporting@gmail.com
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 12 of 42
to purchase a complete copy of the transcript.

1    government would have to prove?

2         THE DEFENDANT:  Yes, Your Honor.

3         THE COURT:  Is it true that you knew the visual

4    depiction or depictions were of a minor engaging in

5    sexually explicit conduct?

6         THE DEFENDANT:  Yes, Your Honor.

7         THE COURT:  The third thing the government

8    would have to prove is that the visual depiction or

9    depictions were transported in or affecting interstate

10   commerce or the visual depiction or depictions were

11   transported using a means or facility of interstate or

12   foreign commerce.  Do you understand the third thing the

13   government would have to prove?

14        THE DEFENDANT:  Yes, Your Honor.

15        THE COURT:  Is it true that the visual

16   depiction or depictions were transported in or affecting

17   interstate or foreign commerce or the visual depiction or

18   depictions were transported using a means or facility of

19   interstate or foreign commerce?  Is that true?

20        THE DEFENDANT:  Yes, Your Honor.

21        THE COURT:  Then finally, the government would

22   have to prove that one or more of the visual depictions

23   in question involved a minor who you knew to be

24   prepubescent or not -- or yet to attain 12 years of age.

25   Do you understand the fourth thing the government would

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
To purchase a complete copy of the transcript
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 13 of 42

1    have to prove?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  Is it true that one or more of the

4    visual depictions in question involved a minor who you

5    knew to be prepubescent or yet to attain 12 years of age?

6              THE DEFENDANT:  Yes, Your Honor.

7              THE COURT:  Now, the parties have entered into

8    a plea agreement in this case which is in the form of a

9    January 19, 2021, letter to Mr. Eisenberg from

10   Ms. Dupuich.  And it's been marked as Government's

11   Exhibit 1.  Is that being offered into evidence at this

12   time, Ms. Dupuich?

13             MS. DUPUICH:  Yes, Your Honor.

14                      *   *   *   *

15             (Government Exhibit 1 was offered.)

16                      *   *   *   *

17             THE COURT:  Any objection, Mr. Eisenberg?

18             MR. EISENBERG:  No, Your Honor, but there are

19   some changes that Miss Dupuich and I have discussed that

20   need to be added to that.

21             THE COURT:  Okay.  I did have some questions

22   about it myself.  First of all, there are a number of

23   blanks that have not been initialed as typically I see.

24   Can you explain, Ms. Dupuich?

25             MS. DUPUICH:  Thank you, Your Honor.  I just

```
 1    noticed on page 3 of the plea agreement it looks like the
 2    defendant initialed paragraph 8 but then failed to
 3    initial subsections A, B, and C.  I'm sure that was just
 4    inadvertent.  There was a lot of difficulty with the
 5    defense attorney being in Madison.  We were attempting to
 6    facilitate this through the jail.  So if it would be
 7    acceptable to Mr. Eisenberg, I think perhaps the easiest
 8    thing would be for the defendant to just initial A, B,
 9    and C and date them now.
10           THE COURT:  Okay.  Mr. Ei --
11           MR. EISENBERG:  That's fine.  I'm sorry.
12           THE COURT:  I heard you say that's fine,
13    Mr. Eisenberg.  Have you had an opportunity to discuss
14    the -- I guess that's an omission of those initials by
15    Mr. Buttikofer with him?
16           MR. EISENBERG:  We have, Judge.  We've gone
17    over that, and it's also the same thing on page 4 on each
18    of the guideline issues.
19           THE COURT:  Okay.  So, Mr. Buttikofer, what
20    your attorney's telling me, what the prosecutor is
21    telling me is there are some blanks on the plea agreement
22    that are not initialed by you, that that was just
23    inadvertent and you meant to initial those.  Is that --
24    do you understand that, Mr. Buttikofer?
25           THE DEFENDANT:  Yes, Your Honor.  I just
```

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.

Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 15 of 42

1    thought I'd just do two -- do each number.  But yeah.

2             THE COURT:  You need to do the lettered

3    paragraphs also, and you're going to do that at this

4    time?

5             THE DEFENDANT:  Okay.

6             MS. DUPUICH:  With the Court's permission, can

7    I -- can I bring this to him?

8             THE COURT:  Yes.  Please do.

9             MS. DUPUICH:  Okay.  Thank you.  Do you have a

10   pen?

11            THE DEFENDANT:  No.  One thing I wanted to ask

12   about --

13            MS. DUPUICH:  Do you want a minute maybe to ask

14   Mr. Eisenberg?

15            THE DEFENDANT:  Yeah.  Can I talk to him?

16            MS. DUPUICH:  Could he just have a minute to

17   speak to Mr. Eisenberg about one question he had about

18   one of the paragraphs?

19            THE COURT:  Mr. Coberly -- I don't know how

20   we're going to do that with -- to preserve any

21   attorney-client privilege.  I suppose we could ask

22   Ms. Dupuich to leave the room.

23            MS. DUPUICH:  Sure.  I'd be happy to.

24            MR. EISENBERG:  Is there a breakout room you

25   can put us in, Judge?

Contact Shelly Semmler at 712-233-3846 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 16 of 42

```
 1          THE COURT:  No, there's not a breakout room
 2   that I could put the defendant in.  If -- why don't we
 3   ask Ms. Dupuich to leave the room and if she has an agent
 4   there.  Then it's just going to be court personnel and
 5   the marshal's service there.  And I can order the court
 6   personnel and myself not to disclose any attorney-client
 7   privilege.  Alternatively, I can leave the room too if
 8   you insist, Mr. Eisenberg, if you'd rather.
 9          MR. EISENBERG:  I'm not insisting.  It's up to
10   Mr. Buttikofer what he wants, Judge.
11          THE DEFENDANT:  Yeah.  It's okay with me,
12   Judge, if you're here.
13          THE COURT:  All right.  Why don't you ask your
14   question then of Mr. Eisenberg, and the two of you can
15   discuss it.
16      (Sealed Excerpt Number 1 is contained in a separate,
17   sealed volume.)
18          THE COURT:  Okay.  And then I'm going to order
19   that portion of the transcript sealed to preserve the
20   attorney-client privilege, and we can request that the
21   government return to our hearing.
22          MR. EISENBERG:  Thank you.
23          THE DEFENDANT:  Appreciate that, Your Honor.
24          THE COURT:  You're welcome.
25      I have a number of questions for Mr. Buttikofer
```

1  about that fully executed plea agreement, so maybe we can

2  just leave that with him until we've completed our

3  questioning.

4          MS. DUPUICH:  Thank you, Your Honor.

5          THE COURT:  Thank you.  Mr. Buttikofer, do you

6  have a fully executed now copy of the plea agreement in

7  front of you?

8          THE DEFENDANT:  Yes, Your Honor, I do.

9          THE COURT:  Could you turn to the very last

10 page of the plea agreement with me, please?

11         THE DEFENDANT:  Sure.

12         THE COURT:  I'm sorry.  That's where

13 Mr. Eisenberg's signature is.  I guess it's the second to

14 the last page.  You'll see that someone's typed your name

15 there and put a signature line.  On top of that signature

16 line I see a signature.  Is that your signature?

17         THE DEFENDANT:  Yes, Your Honor, it is.

18         THE COURT:  Did you review the plea agreement

19 in its entirety before you signed it?

20         THE DEFENDANT:  Did I read the -- yes, I did,

21 Your Honor.

22         THE COURT:  The whole thing before you signed

23 it; right?

24         THE DEFENDANT:  Yep, couple times.

25         THE COURT:  By signing it, did you intend to

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 18 of 42

       1   indicate that you read, understood, and agreed to the

       2   terms of the plea agreement?

       3           THE DEFENDANT:  Yes, Your Honor.

       4           THE COURT:  Now, I don't need to know what you

       5   and Mr. Eisenberg may have discussed, but did you have

       6   plenty of time to talk with him about the plea agreement

       7   before you signed it?

       8           THE DEFENDANT:  Yes, Your Honor, several times.

       9           THE COURT:  Did you have plenty of opportunity

      10   to ask him questions about the plea agreement?

      11           THE DEFENDANT:  Yes, Your Honor.

      12           THE COURT:  Did he answer all of your questions

      13   to your satisfaction?

      14           THE DEFENDANT:  Yes, Your Honor.

      15           THE COURT:  As we sit here today, do you have

      16   any questions whatsoever about the plea agreement you

      17   reached with the government?

      18           THE DEFENDANT:  No.  I guess -- well, the one

      19   question that I asked Mr. Eisenberg already.  I had one

      20   other question, you know, I mean.  I been -- I have my

      21   own copy too.  I've been reading it quite a -- quite a

      22   bit.

      23           THE COURT:  Okay.  And we don't really have an

      24   opportunity for you to ask him a privileged question

      25   while the government's still here in the courtroom with

1  us.  So if you want to ask him a question now, we'll ask

2  Ms. Dupuich to leave the courtroom again.

3          THE DEFENDANT:  I'm sorry.

4          THE COURT:  And then we'll give you an

5  opportunity to ask Mr. Eisenberg your question.

6          THE DEFENDANT:  Your -- it wasn't really a

7  question like that.  It's just between me and him.

8          THE COURT:  Well, if the government's here,

9  they're going to hear what you have to say, and then that

10  information's not going to be privileged.  And so that's

11  a privilege I'm sure Mr. Eisenberg would want to protect,

12  and he can't read your mind, and he can't know what

13  you're going to ask.

14          THE DEFENDANT:  Okay.  Okay.  I'm sorry.

15          THE COURT:  So if you're going to ask him a

16  question that's about the plea agreement, you want to get

17  it answered outside of the government's hearing, then

18  we're going to ask the government to leave again.

19          THE DEFENDANT:  All right.  I'm sorry.  It's

20  the last one, though.

21          MS. DUPUICH:  It's no problem.

22          THE COURT:  Don't be sorry, and don't be shy.

23  We want to make sure you get all your questions answered

24  before we proceed.

25      (Sealed Excerpt Number 2 is contained in a separate,

```
 1   sealed volume.)

 2           THE COURT:  Okay.  We'll ask the government

 3   then to return to our hearing.

 4           MR. EISENBERG:  Thank you, Judge.

 5           THE COURT:  You're welcome.

 6      And just to confirm, Mr. Buttikofer, now that the

 7   government has returned to our hearing, do you have any

 8   more questions whatsoever about the plea agreement you

 9   reached with the government?

10           THE DEFENDANT:  No, Your Honor, no further

11   questions.

12           THE COURT:  The plea agreement does call for

13   the court to dismiss Counts 1 and 2 of the superseding

14   indictment.  And if the district court judge does not

15   agree to dismiss those charges, you'll be allowed to

16   withdraw your guilty plea if you wish.  Do you understand

17   that?

18           THE DEFENDANT:  Yes, Your Honor.

19           THE COURT:  If you could turn with me, please,

20   then, Mr. Buttikofer, in the plea agreement to page 3, we

21   were here a few minutes ago.  It's the section called

22   Stipulation of Facts.  And it begins with paragraph 8.

23   And below it are subparagraphs A through E which next to

24   each of those paragraphs now I believe you have

25   initialed.  Are those your initials in each of those
```

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
Transcript produced in complete adobe 11 show transcript

Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 21 of 42

1 places?

2 THE DEFENDANT: Yes, Your Honor, they are.

3 THE COURT: By placing your initials there to

4 ind -- did you intend to indicate that the information

5 contained in those paragraphs is true and correct?

6 THE DEFENDANT: Yes, Your Honor, it is.

7 THE COURT: In fact, throughout the plea

8 agreement, wherever I see paragraphs that have blanks, I

9 see those same initials. Are those your initials in each

10 of those places?

11 THE DEFENDANT: Yes, Your Honor.

12 THE COURT: And did you place your initials

13 there to indicate that you read, understood, and agreed

14 to the terms of each of those paragraphs?

15 THE DEFENDANT: Yes, Your Honor.

16 THE COURT: Now, some of those initials you put

17 there today after you already signed the plea agreement.

18 I understand that was somewhat inadvertent, that you

19 didn't mean to leave those out, you didn't mean to omit

20 those. Do you understand that that's not a technicality

21 that affects the effect of this plea agreement, that

22 you're bound by this entire plea agreement including the

23 provisions that you initialed this morning?

24 THE DEFENDANT: Yes, Your Honor.

25 THE COURT: Ms. Dupuich, was any -- or did I

Contact Shelly Semmler at 712-233-3846 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.
Case 2:20-cr-01012-CJW-MAR    Document 161    Filed 10/06/21    Page 22 of 42

1  accurately describe the elements of the charge?

2          MS. DUPUICH:  Yes, Your Honor.

3          THE COURT:  Have I established an adequate

4  factual basis for the guilty plea?

5          MS. DUPUICH:  Yes, Your Honor.

6          THE COURT:  Mr. Eisenberg, do you think that

7  Mr. Buttikofer understands the elements of the charge

8  against him?

9          MR. EISENBERG:  Yes, sir.

10          THE COURT:  Have I established an adequate

11  factual basis for the plea?

12          MR. EISENBERG:  Yes, sir.

13          THE COURT:  Have you had full access to the

14  government's discovery materials?

15          MR. EISENBERG:  We have.

16          THE COURT:  Do you believe they support a

17  factual basis for Mr. Buttikofer's guilty plea?

18          MR. EISENBERG:  Yes, sir.

19          THE COURT:  Do you know of any possible defense

20  to the charge which you haven't considered and discussed

21  with Mr. Buttikofer?

22          MR. EISENBERG:  We have gone round and round

23  about possible defenses to all the counts, Judge, so the

24  answer is we've discussed it.  I don't believe there's

25  anything else that I would have used to discuss with

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 23 of 42

1 Mr. Buttikofer.

2          THE COURT:  Very well.  Mr. Buttikofer, at this

3 point I need to talk to you about the penalties which

4 apply in this case.  I'm sure that's something you've

5 talked to Mr. Eisenberg about.  And I know that it's

6 covered in the plea agreement.  I just want to be sure

7 that you understand what you're facing for the purpose of

8 our hearing today.

9      Count 3 of the indictment is punishable by the

10 following maximum penalties:  First, not more than 20

11 years' imprisonment without the possibility of parole; a

12 fine of not more than $250,000; a mandatory special

13 assessment of $100; and a term of supervised release of

14 at least 5 years to life.

15      You should also understand that unless the district

16 court judge finds you to be indigent, an additional

17 mandatory special (sic) of $5,000 will be imposed.

18      You should also understand that a special assessment

19 of up to $17,000 may be imposed.  Do you understand the

20 maximum penalties which may be imposed in this case?

21          THE DEFENDANT:  Yes, Your Honor.

22          THE COURT:  At the time of your sentencing the

23 judge will perform a calculation under the federal

24 sentencing guidelines issued by the United States

25 Sentencing Commission, and that will result in what's

Contact Shelly Semmler at 712-233-3846 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 24 of 42

         1    called an advisory guideline range.  That's simply a
         2    range of months within which the sentencing commission
         3    suggests that the judge should sentence you based on your
         4    crime and your background.  The judge has to consider
         5    this advisory range in determining your sentence, but the
         6    judge is not bound to sentence you within that range.
         7    Means the judge can give you more time or less time, that
         8    is, depart upward or downward from the advisory guideline
         9    range, based on factors listed in those guidelines and
        10    the sentencing statutes.
        11        So it's important for you to understand,
        12    Mr. Buttikofer, that the sentence ultimately imposed by
        13    the judge in your case could be different from what those
        14    guidelines suggest that it should be, and your sentence
        15    could be different from what Mr. Eisenberg may have
        16    estimated or predicted that you would receive, and it
        17    could be all the way up to the statutory maximum sentence
        18    which in your case is 20 years' imprisonment without the
        19    possibility of parole.  Do you understand all that?
        20            THE DEFENDANT:  Yes, Your Honor.
        21            THE COURT:  You should also understand that
        22    you'll be in custody for all of any prison sentence that
        23    you receive reduced only by any credit you might earn for
        24    good behavior while you're in prison.  You could earn
        25    some percentage off your sentence for good behavior, but

```
 1    you won't be seeing a parole officer, and you won't be
 2    paroled early out of prison because there is no parole in
 3    the federal court system.  Do you understand that?
 4              THE DEFENDANT:  Yes, Your Honor.  Does the jail
 5    time that I'm serving now because I've been in there
 6    for -- since April, does that count as like a day-for-day
 7    kind of a thing or . . .
 8              THE COURT:  Mr. Eisenberg's nodding his head,
 9    and I generally agree with that, that you're going to get
10    credit against your sentence for the time that you've
11    spent so far.  Is that correct, Mr. Eisenberg?
12              MR. EISENBERG:  I'd agree with that, Judge.
13              THE COURT:  Are you a U.S. citizen?
14              THE DEFENDANT:  Yes, Your Honor.
15              THE COURT:  This is a felony offense, so as a
16    result of this conviction, you'll lose the right to vote,
17    to hold public office, to serve on a jury, and to possess
18    firearms and ammunition.  Do you understand the loss of
19    citizenship rights associated with your felony
20    conviction?
21              THE DEFENDANT:  Yes, Your Honor.
22              THE COURT:  Now, I mentioned that after you
23    served your prison sentence you'll be placed on
24    supervised release.  In this case it could be for the
25    rest of your life.  And during that time your conduct
```

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.

Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 26 of 42

1   will be monitored by a United States probation officer.

2       At the time of your sentencing the judge will impose

3   certain conditions on your supervised release.  There are

4   some standard conditions that apply in everybody's case,

5   things like you can't commit a federal, state, or a local

6   crime, and you can't possess or use controlled

7   substances.  The sentencing judge will likely impose some

8   other conditions on you as well.

9       So it's important for you to understand,

10  Mr. Buttikofer, that while you're on supervised release

11  you have to comply with all of the terms of that

12  supervised release because if you violate any of them,

13  the judge could revoke that supervised release and send

14  you back to prison for all of the time you would

15  otherwise be on supervised release.  And the judge

16  doesn't have to give you any credit for any time you

17  might have served on supervised release without having

18  any violations.  Do you understand all that?

19          THE DEFENDANT:  I do -- yes, I do understand,

20  Your Honor.  I had -- can you ever get the right to vote

21  back, or is it no?

22          THE COURT:  I wouldn't count on it.  There are

23  some procedures that you can apply for to get your voting

24  privileges back.  But I guess I wouldn't be pleading

25  today if I were you or relying on --

Contact Shelly Semmler at 712-233-3846 or ssemmlerreporting@gmail.com
To purchase a complete copy of the transcript
Case 2:20-cr-01012-CJW-MAR   Document 101   Filed 10/06/21   Page 27 of 42

1          THE DEFENDANT:  It was just a question.  I'm

2     sorry.

3          THE COURT:  Okay.  I didn't -- if you wanted to

4     take more time to talk to Mr. Eisenberg about your

5     vote -- possible voting rights, we can do that.

6          THE DEFENDANT:  No, no, that's okay.

7          THE COURT:  As a result of this conviction,

8     you'll be required to register as a sex offender with the

9     national registry of sex offenders, and you'll likely be

10    required to register as a sex offender under the laws of

11    the state where you live.  Such registration may be

12    required of you for the rest of your life.  Do you

13    understand that?

14         THE DEFENDANT:  Yes, Your Honor.

15         THE COURT:  As a result of this conviction,

16    your plea agreement, you'll be required to pay

17    restitution to any victims in this case.  Do you

18    understand that?

19         THE DEFENDANT:  Yes, Your Honor.

20         THE COURT:  As a result of this conviction and

21    your plea agreement, you'll be required to forfeit any

22    right, title, or interest you have in the property

23    subject to forfeiture in this case which I understand it

24    is an iPhone which you're accused of accessing the

25    child -- accessing the child pornography on.  Do you

*Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com*
*to purchase a complete copy of the transcript.*

Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 28 of 42

1  understand that you're going to be giving up your right

2  to that property, there's not going to be a hearing,

3  there's not going to be a trial in front of a judge or a

4  jury?  You're just giving up your right to that property?

5          THE DEFENDANT:  Yes, Your Honor.  I understand

6  that.

7          THE COURT:  Ms. Dupuich, are you aware of other

8  collateral consequences that could arise as a result of

9  the defendant's guilty plea you'd like me to discuss with

10  him?

11          MS. DUPUICH:  No, Your Honor, other than the --

12  there is a partial waiver of his right to appeal, and I

13  wasn't sure if Mr. Eisenberg wanted to make a brief

14  record on that.  But it is addressed in paragraph 30 of

15  the plea agreement.

16          THE COURT:  Okay.  I'll get to that here in a

17  minute.

18          MS. DUPUICH:  Thank you.

19          THE COURT:  Mr. Buttikofer, if you plead guilty

20  here today, I'm going to order a presentence

21  investigation.  A probation officer will conduct a

22  thorough investigation of this case and of your

23  background to draft a presentence investigation report.

24  Both you and the government will receive a copy of that

25  report, and it's important that you go over it carefully

 1   with Mr. Eisenberg and that you point out any errors or

 2   omissions that you notice so he can bring those to the

 3   attention of the probation office and get them corrected

 4   because when it comes time for your sentencing, the judge

 5   is going to rely on that report to determine the most

 6   appropriate sentence for you.  So it's in your interest

 7   to make sure it's accurate.

 8        When that report's final, the court will schedule

 9   your sentencing hearing, and at that sentencing hearing,

10   both you and the government can present evidence, and

11   you'll be given a chance to talk directly to the judge.

12   And you can tell the judge anything you think is

13   important to consider in determining your sentence.  Do

14   you have any questions about the sentencing procedures

15   that would follow a guilty plea in this case?

16             THE DEFENDANT:  No, Your Honor, I do not.

17             THE COURT:  Now, generally both you and the

18   government have a right to appeal the sentence to the

19   Eighth Circuit Court of Appeals.  In this case, however,

20   as part of your plea agreement, you've waived certain

21   rights to appeal except under the limited circumstances

22   set forth in paragraph 30 of the plea agreement.  Do you

23   understand that as part of your plea agreement you're

24   waiving certain rights to appeal?

25             THE DEFENDANT:  Yes, Your Honor.

Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 30 of 42

           THE COURT:  Mr. Buttikofer, if you plead guilty
and the district court judge accepts that guilty plea,
you'll have no right to withdraw that guilty plea later
even if you change your mind or even if you're unhappy
with the sentence ultimately imposed by the judge.  Do
you understand that?

           THE DEFENDANT:  Yes, Your Honor.

           THE COURT:  Has anybody forced, pressured, or
threatened you in any way to get you to plead guilty or
made any promises to get you to plead guilty other than
what's in the plea agreement?

           THE DEFENDANT:  No, Your Honor.

           THE COURT:  Mr. Eisenberg, do you believe a
guilty plea in this case would be voluntary?

           MR. EISENBERG:  I do, Your Honor.

           THE COURT:  Do you know of any legal reason why
the plea should not be accepted?

           MR. EISENBERG:  No, sir, but I did have some
clarifications on one other paragraph in this plea
agreement that I wanted to address.

           THE COURT:  Please do.

           MR. EISENBERG:  I'm sorry.  I didn't mean to
interrupt you.  Whenever you want to.

           THE COURT:  Now's a good time.

           MR. EISENBERG:  Okay.  Paragraph 22, the

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 31 of 42

```
 1  statement reads that he is abandoning any and all claims
 2  seized by law enforcement -- what they seized from his
 3  house, and really the only issue is the cellphone.  There
 4  was also a MacBook Pro which Miss Dupuich and I have
 5  agreed would be returned to his mother, and anything that
 6  was the mother's would also not be forfeited.  And I do
 7  see that as -- in the fourth line there, is not
 8  forfeiting anything of a third party.  But I want to make
 9  sure that we have that on the record that really the only
10  thing he used for this was the cellphone.
11          THE COURT:  Anything you want to make -- record
12  you want to make with respect to that issue, Ms. Dupuich?
13          MS. DUPUICH:  That's all true.
14          THE COURT:  Do you understand that,
15  Mr. Buttikofer?
16          THE DEFENDANT:  Yes, Your Honor.
17          THE COURT:  Okay.  Mr. Eisenberg, do you know
18  of anything the Court has omitted which could affect the
19  validity of the plea?
20          MR. EISENBERG:  I don't think so, Your Honor.
21          THE COURT:  Ms. Dupuich, do you know of
22  anything the Court has omitted which could affect the
23  validity of the plea?
24          MS. DUPUICH:  No, Your Honor.
25          THE COURT:  Well, Mr. Buttikofer, we've covered
```

*Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com*
*to purchase a complete copy of the transcript.*

Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 32 of 42

 1   lots of information this morning, and I want to take just
 2   a moment to be sure that you understood it so you don't
 3   come back next week or next month or next year and say
 4   that you didn't understand something or that somebody
 5   forced or pressured you to plead guilty.  Have you been
 6   able to understand everything we've talked about?
 7              THE DEFENDANT:  Yes, Your Honor.
 8              THE COURT:  Do you have any questions about any
 9   of it?
10              THE DEFENDANT:  No, no, I do not, Your Honor.
11              THE COURT:  Has anyone forced or pressured you
12   to plead guilty?
13              THE DEFENDANT:  No, Your Honor.
14              THE COURT:  Is your decision to plead guilty a
15   voluntary decision?
16              THE DEFENDANT:  Yes, Your Honor.
17              THE COURT:  Then formally and for the record,
18   how do you plead to Count 3 of the superseding indictment
19   which charges you with the crime of accessing child
20   pornography?  Guilty or not guilty?
21              THE DEFENDANT:  Guilty, Your Honor.
22              THE COURT:  The record will reflect that the
23   defendant has pleaded guilty to Count 3 of the
24   superseding indictment.
25          I find that the defendant is competent, he fully

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 33 of 42

```
 1   understands the charge against him, there's a factual
 2   basis for his plea, he knows the maximum punishments that
 3   could be imposed on the charge, and he knows his jury
 4   rights and he's voluntarily waived those rights.
 5        I further find that the defendant's decision to
 6   plead guilty was voluntary, knowing, and not the result
 7   of any force, pressure, threats, or promises other than
 8   the promises made by the government in the plea
 9   agreement.
10        Therefore, I conclude the defendant should be found
11   guilty based on his plea of guilty.
12        I also find there is a requisite nexus established
13   between the crime of conviction and the property subject
14   to forfeiture in this case.
15        I will sign and file a report and recommendation
16   recommending that the district court judge accept the
17   defendant's guilty plea.
18        The parties have 14 days from the filing of my
19   report to file objections to it.  If no objection is
20   made, then the district court judge may accept my
21   recommendation and the defendant's guilty plea by simply
22   entering a written order doing so.  I hereby order a
23   presentence investigation.
24        Mr. Buttikofer, as I mentioned, the court will
25   schedule your sentencing hearing in this case for a later
```

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.

Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 34 of 42

```
 1   date.  In the meantime you'll remain detained.  Do you
 2   have any questions about anything we've discussed here
 3   today?
 4           THE DEFENDANT:  No, Your Honor.
 5           THE COURT:  Good luck to you.
 6       Is there anything further on behalf of the United
 7   States?
 8           MS. DUPUICH:  We'll be happy to file the
 9   updated plea agreement today.  Thank you, Your Honor.
10           THE COURT:  Thank you.  Anything further on
11   behalf of the defendant, Mr. Eisenberg?
12           MR. EISENBERG:  Judge, in your jurisdiction, I
13   don't know what the procedure is for the presentence
14   writer.  Does he con -- or she -- he or she contact me
15   and we sit down together to do the background information
16   on the presentence report because in other jurisdictions
17   I've been allowed to be present?
18           THE COURT:  I don't typically get involved in
19   that process, but I assume that you can be involved in
20   it, and I suggest you just contact United States
21   Probation Office, and they can give you information about
22   how it usually works.
23       Anything else, Mr. Eisenberg?
24           MR. EISENBERG:  Is there an agent there now,
25   Judge?
```

Contact Shelly Semmler at 712-233-3840 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.

Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 35 of 42

1          THE COURT:  There is not.

2          MR. EISENBERG:  Okay.  All right.  I will do

3    that.  Thank you very much.

4          THE COURT:  Thank you all.  That will conclude

5    our hearing.

6              (The foregoing plea was

7              concluded at 10:38 a.m.)

8                      *  *  *  *

9     (This concludes the transcript of the audio recording.)

10

11

12

13

14

15

16

17

18

19

20                   CERTIFICATE

21      I certify that the foregoing is a correct

22    transcript to the best of my ability from the digital

23    recording of proceedings in the above-entitled matter.

24      S/Shelly Semmler              9-28-21
       Shelly Semmler, RDR, CRR          Date
25

Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com
to purchase a complete copy of the transcript.
Case 2:20-cr-01012-CJW-MAR   Document 161   Filed 10/06/21   Page 36 of 42

## $

**$100** [1] - 24:13
**$17,000** [1] - 24:19
**$250,000** [1] - 24:12
**$5,000** [1] - 24:17

## 1

**1** [5] - 2:24, 14:11, 14:15, 17:16, 21:13
**10:38** [1] - 36:7
**11** [1] - 2:11
**111** [2] - 1:10, 1:15
**115** [1] - 3:20
**12** [4] - 9:6, 9:14, 13:24, 14:5
**14** [1] - 34:18
**19** [1] - 14:9

## 2

**2** [4] - 1:11, 2:25, 20:25, 21:13
**20** [2] - 24:10, 25:18
**20-CR-1012** [1] - 2:6
**2020** [4] - 12:11, 12:12, 12:18
**2021** [2] - 1:11, 14:9
**22** [1] - 31:25
**233-3846** [1] - 1:20

## 3

**3** [8] - 3:1, 3:8, 12:2, 15:1, 21:20, 24:9, 33:18, 33:23
**30** [2] - 29:14, 30:22
**308** [1] - 1:17
**320** [1] - 1:19

## 4

**4** [2] - 12:4, 15:17

## 5

**5** [1] - 24:14
**51101** [1] - 1:20
**52401** [1] - 1:15
**53703** [1] - 1:18

## 7

**712** [1] - 1:20

## 8

**8** [2] - 15:2, 21:22

## 9

**9-28-21** [1] - 36:24
**9:58** [1] - 1:11

## A

**a.m** [2] - 1:11, 36:7
**abandoning** [1] - 32:1
**ability** [7] - 5:22, 5:25, 6:15, 7:1, 7:15, 7:24, 36:22
**able** [1] - 33:6
**above-entitled** [1] - 36:23
**absence** [1] - 7:15
**abused** [1] - 6:12
**accept** [3] - 11:24, 34:16, 34:20
**acceptable** [2] - 2:17, 15:7
**accepted** [1] - 31:17
**accepts** [1] - 31:2
**access** [1] - 23:13
**accessed** [2] - 12:13, 12:19
**accessing** [5] - 3:1, 12:2, 28:24, 28:25, 33:19
**account** [1] - 11:11
**accurate** [1] - 30:7
**accurately** [1] - 23:1
**accused** [1] - 28:24
**added** [1] - 14:20
**additional** [1] - 24:16
**address** [1] - 31:20
**addressed** [1] - 29:14
**adequate** [2] - 23:3, 23:10
**administer** [1] - 4:2
**admitted** [1] - 9:11
**advisory** [3] - 25:1, 25:5, 25:8
**affect** [3] - 6:15, 32:18, 32:22
**affected** [1] - 7:10
**affecting** [2] - 13:9, 13:16
**affects** [1] - 22:21
**afford** [4] - 8:19, 8:23, 10:22, 10:24
**age** [2] - 13:24, 14:5
**agent** [2] - 17:3, 35:24
**ago** [1] - 21:21
**agree** [5] - 7:16, 9:15, 21:15, 26:9, 26:12
**agreeable** [1] - 3:16
**agreed** [3] - 19:1, 22:13, 32:5
**agreement** [30] - 14:8, 15:1, 15:21, 18:1, 18:6, 18:10, 18:18, 19:2, 19:6, 19:10, 19:16, 20:16, 21:8, 21:12, 21:20, 22:8, 22:17, 22:21, 22:22, 24:6, 28:16, 28:21, 29:15, 30:20, 30:22, 30:23, 31:11, 31:20, 34:9, 35:9

**alcohol** [2] - 6:12, 6:15
**allowed** [2] - 21:15, 35:17
**alone** [1] - 9:25
**alternatively** [1] - 17:7
**AMERICA** [1] - 1:3
**ammunition** [1] - 26:18
**answer** [4] - 4:11, 7:9, 19:12, 23:24
**answered** [2] - 20:17, 20:23
**answers** [1] - 3:25
**anxiety** [3] - 5:7, 5:12, 6:24
**appeal** [4] - 29:12, 30:18, 30:21, 30:24
**Appeals** [1] - 30:19
**appear** [1] - 2:14
**APPEARANCES** [1] - 1:13
**apply** [3] - 24:4, 27:4, 27:23
**appoint** [1] - 8:21
**appreciate** [1] - 17:23
**appropriate** [1] - 30:6
**April** [1] - 26:6
**arise** [1] - 29:8
**arranging** [1] - 6:4
**arriving** [1] - 11:13
**assessment** [2] - 24:13, 24:18
**assigned** [1] - 3:12
**Assistant** [2] - 1:14, 2:7
**associated** [1] - 26:19
**assume** [1] - 35:19
**attain** [2] - 13:24, 14:5
**attempting** [1] - 15:5
**attention** [1] - 30:3
**Attorney** [2] - 1:14, 2:7
**attorney** [8] - 2:9, 8:21, 8:23, 8:25, 15:5, 16:21, 17:6, 17:20
**attorney's** [1] - 15:20
**attorney-client** [3] - 16:21, 17:6, 17:20
**audio** [2] - 2:2, 36:9
**Avenue** [3] - 1:10, 1:15, 1:17
**aware** [1] - 29:7

## B

**background** [3] - 25:4, 29:23, 35:15
**based** [6] - 9:10, 9:11, 11:18, 25:3, 25:9, 34:11
**basis** [4] - 23:4, 23:11, 23:17, 34:2
**begins** [1] - 21:22
**behalf** [2] - 35:6, 35:11
**behavior** [2] - 25:24, 25:25
**below** [1] - 21:23
**best** [1] - 36:22
**between** [4] - 2:11, 12:17,

**alcohol** 20:7, 34:13
**beyond** [2] - 9:23, 12:4
**bit** [2] - 5:9, 19:22
**blanks** [3] - 14:23, 15:21, 22:8
**bound** [2] - 22:22, 25:6
**breakout** [2] - 16:24, 17:1
**brief** [1] - 29:13
**bring** [2] - 16:7, 30:2
**burden** [1] - 10:16
**BUTTIKOFER** [2] - 1:6, 4:3
**Buttikofer** [33] - 2:6, 2:13, 2:22, 3:22, 3:23, 4:22, 4:24, 6:11, 8:10, 8:14, 10:11, 11:1, 11:16, 12:5, 15:15, 15:19, 15:24, 17:10, 17:25, 18:5, 21:6, 21:20, 23:7, 23:21, 24:1, 24:2, 25:12, 27:10, 29:19, 31:1, 32:15, 32:25, 34:24
**Buttikofer's** [1] - 23:17

## C

**calculation** [1] - 24:23
**carefully** [1] - 29:25
**case** [24] - 2:4, 3:11, 8:17, 8:18, 9:10, 9:19, 10:4, 10:16, 10:18, 14:8, 24:4, 24:20, 25:13, 25:18, 26:24, 27:4, 28:17, 28:23, 29:22, 30:15, 30:19, 31:14, 34:14, 34:25
**Cedar** [2] - 1:11, 1:15
**cellphone** [2] - 32:3, 32:10
**certain** [3] - 27:3, 30:20, 30:24
**CERTIFICATE** [1] - 36:20
**certify** [1] - 36:21
**challenge** [1] - 10:9
**chance** [1] - 30:11
**change** [2] - 2:11, 31:4
**changes** [1] - 14:19
**charge** [7] - 4:6, 4:14, 23:1, 23:7, 23:20, 34:1, 34:3
**charged** [3] - 2:22, 11:25, 12:2
**charges** [10] - 2:24, 2:25, 3:1, 3:5, 8:20, 9:21, 10:12, 11:3, 21:15, 33:19
**child** [9] - 2:24, 2:25, 3:1, 12:2, 12:14, 12:20, 28:25, 33:19
**chose** [1] - 11:8
**Circuit** [1] - 30:19
**circumstances** [1] - 30:21
**citizen** [1] - 26:13
**citizenship** [1] - 26:19
**City** [1] - 1:20
**claims** [1] - 32:1
**clarifications** [1] - 31:19

*Contact Shelly Semmler at 712-233-3846 or ssemmlerreporting@gmail.com*
*to purchase a complete copy of the transcript.*

**client** [3] - 16:21, 17:6, 17:20
**Coberly** [1] - 16:19
**collateral** [1] - 29:8
**college** [1] - 5:2
**commencing** [1] - 1:11
**commerce** [4] - 13:10, 13:12, 13:17, 13:19
**Commission** [1] - 24:25
**commission** [1] - 25:2
**commit** [1] - 27:5
**community** [1] - 9:7
**competent** [3] - 6:8, 8:10, 33:25
**completed** [1] - 18:2
**comply** [1] - 27:11
**con** [1] - 35:14
**conclude** [2] - 34:10, 36:4
**concluded** [1] - 36:7
**concludes** [1] - 36:9
**condition** [3] - 5:21, 5:24, 6:19
**conditions** [3] - 27:3, 27:4, 27:8
**conduct** [4] - 12:25, 13:5, 26:25, 29:21
**confirm** [1] - 21:6
**confront** [2] - 10:7, 10:12
**confrontation** [1] - 10:4
**consent** [3] - 3:15, 3:21, 3:23
**consequences** [1] - 29:8
**consider** [2] - 25:4, 30:13
**considerations** [1] - 8:24
**considered** [1] - 23:20
**contact** [2] - 35:14, 35:20
**contained** [3] - 17:16, 20:25, 22:5
**controlled** [1] - 27:6
**convicted** [1] - 4:7
**conviction** [6] - 26:16, 26:20, 28:7, 28:15, 28:20, 34:13
**copy** [4] - 3:2, 18:6, 19:21, 29:24
**correct** [5] - 3:8, 5:17, 22:5, 26:11, 36:21
**corrected** [1] - 30:3
**count** [2] - 26:6, 27:22
**Count** [8] - 2:23, 2:25, 3:1, 3:8, 12:2, 24:9, 33:18, 33:23
**Counts** [1] - 21:13
**counts** [2] - 2:23, 23:23
**couple** [1] - 18:24
**course** [1] - 5:15
**COURT** [126] - 1:1, 2:4, 2:17, 2:19, 2:22, 3:4, 3:7, 3:10, 3:19, 4:4, 4:11, 4:17, 4:24, 5:1, 5:3, 5:6, 5:9, 5:14,

5:19, 6:3, 6:11, 6:14, 6:18, 6:25, 7:5, 7:12, 7:18, 7:21, 8:4, 8:9, 8:13, 9:2, 9:5, 9:18, 10:3, 10:15, 11:5, 11:16, 11:23, 12:17, 12:22, 13:3, 13:7, 13:15, 13:21, 14:3, 14:7, 14:17, 14:21, 15:10, 15:12, 15:19, 16:2, 16:8, 16:19, 17:1, 17:13, 17:18, 17:24, 18:5, 18:9, 18:12, 18:18, 18:22, 18:25, 19:4, 19:9, 19:12, 19:15, 19:23, 20:4, 20:8, 20:15, 20:22, 21:2, 21:5, 21:12, 21:19, 22:3, 22:7, 22:12, 22:16, 22:25, 23:3, 23:6, 23:10, 23:13, 23:16, 23:19, 24:2, 24:22, 25:21, 26:8, 26:13, 26:15, 26:22, 27:22, 28:3, 28:7, 28:15, 28:20, 29:7, 29:16, 29:19, 30:17, 31:1, 31:8, 31:13, 31:16, 31:21, 31:24, 32:11, 32:14, 32:17, 32:21, 32:25, 33:8, 33:11, 33:14, 33:17, 33:22, 35:5, 35:10, 35:18, 36:1, 36:4
**court** [14] - 3:13, 10:6, 11:24, 17:4, 17:5, 21:13, 21:14, 24:16, 26:3, 30:8, 31:2, 34:16, 34:20, 34:24
**Court** [8] - 1:10, 2:5, 3:12, 5:15, 8:20, 30:19, 32:18, 32:22
**Court's** [2] - 3:20, 16:6
**Courthouse** [1] - 1:10
**courthouse** [1] - 10:24
**courtroom** [2] - 19:25, 20:2
**covered** [2] - 24:6, 32:25
**CR20-1012-CJW** [1] - 1:5
**credit** [3] - 25:23, 26:10, 27:16
**crime** [4] - 25:4, 27:6, 33:19, 34:13
**crimes** [1] - 4:6
**Criminal** [1] - 2:12
**criminal** [1] - 10:16
**cross** [2] - 9:7, 10:10
**cross-examine** [1] - 10:10
**cross-section** [1] - 9:7
**CRR** [2] - 1:19, 36:24
**custody** [1] - 25:22

### D

**Date** [1] - 36:24
**date** [2] - 15:9, 35:1
**day-for-day** [1] - 26:6
**days** [1] - 34:18
**dealt** [1] - 5:12
**decision** [2] - 11:9, 33:14,

33:15, 34:5
**Defendant** [2] - 1:7, 1:16
**defendant** [8] - 2:8, 15:2, 15:8, 17:2, 33:23, 33:25, 34:10, 35:11
**DEFENDANT** [91] - 2:16, 2:18, 3:3, 3:6, 3:9, 3:18, 4:3, 4:10, 4:16, 4:22, 4:25, 5:2, 5:5, 5:8, 5:11, 5:18, 6:1, 6:13, 6:17, 6:20, 7:3, 7:7, 7:17, 7:20, 8:2, 8:8, 9:1, 9:4, 9:17, 10:2, 10:14, 11:4, 11:15, 11:22, 12:16, 12:21, 13:2, 13:6, 13:14, 13:20, 14:2, 14:6, 15:25, 16:5, 16:11, 16:15, 17:11, 17:23, 18:8, 18:11, 18:17, 18:20, 18:24, 19:3, 19:8, 19:11, 19:14, 19:18, 20:3, 20:6, 20:14, 20:19, 21:10, 21:18, 22:2, 22:6, 22:11, 22:15, 22:24, 24:21, 25:20, 26:4, 26:14, 26:21, 27:19, 28:1, 28:6, 28:14, 28:19, 29:5, 30:16, 30:25, 31:7, 31:12, 32:16, 33:7, 33:10, 33:13, 33:16, 33:21, 35:4
**defendant's** [6] - 6:5, 6:7, 29:9, 34:5, 34:17, 34:21
**defense** [5] - 10:16, 10:20, 11:3, 15:5, 23:19
**defenses** [1] - 23:23
**definitely** [3] - 5:12, 8:8, 9:4
**deliberated** [1] - 11:19
**depart** [1] - 25:8
**depiction** [6] - 12:23, 13:4, 13:8, 13:10, 13:16, 13:17
**depictions** [10] - 12:14, 12:20, 12:24, 13:4, 13:9, 13:10, 13:16, 13:18, 13:22, 14:4
**depression** [3] - 5:7, 5:12, 6:24
**describe** [1] - 23:1
**detail** [1] - 3:5
**detained** [1] - 35:1
**determine** [1] - 30:5
**determining** [2] - 25:5, 30:13
**different** [2] - 25:13, 25:15
**difficulty** [2] - 5:3, 7:19, 15:4
**digital** [2] - 1:19, 36:22
**directly** [1] - 30:11
**disclose** [1] - 17:6
**discovery** [1] - 23:14
**discuss** [6] - 3:5, 11:12, 15:13, 17:15, 23:25, 29:9
**discussed** [5] - 14:19, 19:5, 23:20, 23:24, 35:2

**dismiss** [2] - 21:13, 21:15
**distribution** [1] - 2:24
**DISTRICT** [2] - 1:1, 1:1
**district** [7] - 3:13, 11:24, 21:14, 24:15, 31:2, 34:16, 34:20
**District** [5] - 1:10, 3:12, 12:12, 12:18
**DIVISION** [1] - 1:2
**document** [1] - 3:20
**doubt** [2] - 9:23, 12:4
**Douglas** [2] - 2:5, 4:22
**DOUGLAS** [2] - 1:6, 4:3
**down** [1] - 35:15
**downward** [1] - 25:8
**draft** [1] - 29:23
**drug** [1] - 6:14
**drugs** [2] - 6:12, 6:19
**Dupuich** [13] - 2:8, 14:10, 14:12, 14:19, 14:24, 16:22, 17:3, 20:2, 22:25, 29:7, 32:4, 32:12, 32:21
**DUPUICH** [18] - 1:14, 2:21, 14:13, 14:25, 16:6, 16:9, 16:13, 16:16, 16:23, 18:4, 20:21, 23:2, 23:5, 29:11, 29:18, 32:13, 32:24, 35:8
**during** [3] - 3:24, 8:17, 26:25

### E

**early** [1] - 26:2
**earn** [2] - 25:23, 25:24
**easiest** [1] - 15:7
**East** [1] - 1:17
**EASTERN** [1] - 1:2
**effect** [1] - 22:21
**ei** [1] - 15:10
**Eighth** [1] - 30:19
**EISENBERG** [24] - 1:16, 6:10, 8:12, 14:18, 15:11, 15:16, 16:24, 17:9, 17:22, 21:4, 23:9, 23:12, 23:15, 23:18, 23:22, 26:12, 31:15, 31:18, 31:22, 31:25, 32:20, 35:12, 35:24, 36:2
**Eisenberg** [34] - 1:17, 2:9, 2:14, 3:5, 3:22, 6:3, 8:9, 8:18, 9:3, 9:8, 10:10, 14:9, 14:17, 15:7, 15:13, 16:14, 16:17, 17:8, 17:14, 19:5, 19:19, 20:5, 20:11, 23:6, 24:5, 25:15, 26:11, 28:4, 29:13, 30:1, 31:13, 32:17, 35:11, 35:23
**Eisenberg's** [2] - 18:13, 26:8
**elements** [2] - 23:1, 23:7
**ELIZABETH** [1] - 1:14

*Contact Shelly Semmler at 712-233-3846 or ssemmlerreporting@gmail.com*
*To purchase a complete copy of the transcript.*
Case 2:20-cr-01012-CJW-MAR    Document 161    Filed 10/06/21    Page 38 of 42

**ended** [1] - 7:21
**enforcement** [1] - 32:2
**engaging** [2] - 12:24, 13:4
**English** [1] - 5:4
**enter** [2] - 4:20, 8:11
**entered** [1] - 14:7
**entering** [1] - 34:22
**entire** [1] - 22:22
**entirety** [1] - 18:19
**entitled** [1] - 36:23
**errors** [1] - 30:1
**ESQ** [2] - 1:14, 1:16
**established** [3] - 23:3, 23:10, 34:12
**estimated** [1] - 25:16
**evidence** [6] - 9:11, 9:22, 10:19, 10:22, 14:11, 30:10
**examination** [1] - 6:5
**examine** [1] - 10:10
**examined** [1] - 5:16
**example** [1] - 10:21
**except** [1] - 30:21
**Excerpt** [2] - 17:16, 20:25
**executed** [2] - 18:1, 18:6
**Exhibit** [2] - 14:11, 14:15
**exhibits** [1] - 10:22
**expense** [1] - 8:22
**expenses** [1] - 10:25
**explain** [1] - 14:24
**explicit** [2] - 12:25, 13:5

### F

**facilitate** [1] - 15:6
**facility** [2] - 13:11, 13:18
**facing** [1] - 24:7
**fact** [5] - 9:24, 11:12, 11:25, 12:6, 22:7
**factor** [1] - 8:23
**factors** [1] - 25:9
**Facts** [1] - 21:22
**factual** [4] - 23:4, 23:11, 23:17, 34:1
**failed** [1] - 15:2
**fairly** [1] - 9:10
**false** [3] - 4:5, 4:7, 4:13
**far** [2] - 5:1, 26:11
**February** [3] - 1:11, 12:11, 12:18
**federal** [3] - 24:23, 26:3, 27:5
**Federal** [2] - 1:10, 2:11
**felony** [2] - 26:15, 26:19
**few** [2] - 4:17, 21:21
**fiber** [1] - 7:11
**fight** [1] - 8:20
**file** [4] - 3:20, 34:15, 34:19, 35:8
**filing** [1] - 34:18

**fill** [1] - 7:8
**final** [1] - 30:8
**finally** [2] - 11:5, 13:21
**fine** [3] - 15:11, 15:12, 24:12
**fined** [1] - 4:9
**firearms** [1] - 26:18
**first** [7] - 4:17, 8:16, 12:7, 12:10, 12:15, 14:22, 24:10
**follow** [1] - 30:15
**following** [2] - 2:1, 24:10
**FOR** [1] - 1:1
**force** [1] - 34:7
**forced** [3] - 31:8, 33:5, 33:11
**foregoing** [2] - 36:6, 36:21
**foreign** [3] - 13:12, 13:17, 13:19
**forfeit** [1] - 28:21
**forfeited** [1] - 32:6
**forfeiting** [1] - 32:8
**forfeiture** [2] - 28:23, 34:14
**form** [1] - 14:8
**formally** [1] - 33:17
**forms** [1] - 7:8
**forth** [1] - 30:22
**forty** [1] - 4:25
**four** [1] - 12:5
**fourth** [2] - 13:25, 32:7
**frankly** [1] - 11:11
**front** [2] - 18:7, 29:3
**full** [3] - 3:4, 4:21, 23:13
**fully** [3] - 18:1, 18:6, 33:25

### G

**generally** [3] - 9:2, 26:9, 30:17
**generic** [1] - 6:23
**given** [3] - 7:7, 9:12, 30:11
**Government** [1] - 14:15
**government** [26] - 2:20, 4:5, 4:13, 9:22, 10:5, 10:17, 10:25, 12:3, 12:10, 12:15, 12:22, 13:1, 13:7, 13:13, 13:21, 13:25, 17:21, 19:17, 20:18, 21:2, 21:7, 21:9, 29:24, 30:10, 30:18, 34:8
**Government's** [1] - 14:10
**government's** [5] - 10:8, 19:25, 20:8, 20:17, 23:14
**guess** [4] - 15:14, 18:13, 19:18, 27:24
**guideline** [3] - 15:18, 25:1, 25:8
**guidelines** [3] - 24:24, 25:9, 25:14
**guilt** [1] - 9:23
**guilty** [39] - 3:8, 3:14, 4:20, 8:11, 8:15, 8:24, 10:1, 10:11,

11:1, 11:17, 11:18, 11:20, 11:24, 11:25, 12:1, 21:16, 23:4, 23:17, 29:9, 29:19, 30:15, 31:1, 31:2, 31:3, 31:9, 31:10, 31:14, 33:5, 33:12, 33:14, 33:20, 33:21, 33:23, 34:6, 34:11, 34:17, 34:21

### H

**hand** [1] - 4:2
**happy** [2] - 16:23, 35:8
**head** [2] - 7:25, 26:8
**health** [5] - 5:17, 5:21, 5:24, 6:6, 6:7
**hear** [1] - 20:9
**heard** [1] - 15:12
**hearing** [17] - 2:10, 2:14, 2:15, 3:15, 3:16, 3:24, 17:21, 20:17, 21:3, 21:7, 24:8, 29:2, 30:9, 34:25, 36:5
**held** [1] - 1:9
**help** [2] - 6:21, 8:16
**hereby** [1] - 34:22
**history** [1] - 6:6
**hold** [1] - 26:17
**Honor** [82] - 2:18, 2:21, 3:3, 3:6, 3:9, 3:18, 4:10, 4:16, 5:5, 5:8, 5:18, 6:2, 6:10, 6:13, 6:17, 6:20, 7:3, 7:17, 8:3, 9:1, 9:4, 9:17, 10:2, 10:14, 11:4, 11:15, 11:22, 12:16, 12:21, 13:2, 13:6, 13:14, 13:20, 14:2, 14:6, 14:13, 14:18, 14:25, 15:25, 17:23, 18:4, 18:8, 18:17, 18:21, 19:3, 19:8, 19:11, 19:14, 21:10, 21:18, 22:2, 22:6, 22:11, 22:15, 22:24, 23:2, 23:5, 24:21, 25:20, 26:4, 26:14, 26:21, 27:20, 28:14, 28:19, 29:5, 29:11, 30:16, 30:25, 31:7, 31:12, 31:15, 32:16, 32:20, 32:24, 33:7, 33:10, 33:13, 33:16, 33:21, 35:4, 35:9
**Honorable** [1] - 1:9
**house** [1] - 32:3

### I

**IA** [2] - 1:15, 1:20
**illegal** [1] - 6:12
**illness** [1] - 5:7
**important** [6] - 4:11, 8:4, 25:11, 27:9, 29:25, 30:13
**impose** [2] - 27:2, 27:7
**imposed** [6] - 24:17, 24:19, 24:20, 25:12, 31:5, 34:3
**imprisonment** [3] - 4:9,

24:11, 25:18
**IN** [1] - 1:1
**inability** [1] - 8:23
**inadvertent** [2] - 15:4, 15:23, 22:18
**including** [1] - 22:22
**ind** [1] - 22:4
**indicate** [4] - 6:7, 19:1, 22:4, 22:13
**indictment** [8] - 2:23, 3:2, 12:1, 12:3, 21:14, 24:9, 33:18, 33:24
**indigent** [1] - 24:16
**information** [4] - 22:4, 33:1, 35:15, 35:21
**information's** [1] - 20:10
**initial** [3] - 15:3, 15:8, 15:23
**initialed** [5] - 14:23, 15:2, 15:22, 21:25, 22:23
**initials** [7] - 15:14, 21:25, 22:3, 22:9, 22:12, 22:16
**injury** [1] - 7:25
**innocence** [3] - 9:19, 9:21, 9:25
**innocent** [1] - 9:20
**insist** [1] - 17:8
**insisting** [1] - 17:9
**instruct** [1] - 11:10
**intend** [3] - 3:7, 18:25, 22:4
**intent** [2] - 12:13, 12:19
**interest** [2] - 28:22, 30:6
**interfere** [5] - 5:22, 5:24, 7:1, 7:15, 7:24
**interrupt** [1] - 31:23
**interstate** [4] - 13:9, 13:11, 13:17, 13:19
**investigation** [4] - 29:21, 29:22, 29:23, 34:23
**involved** [5] - 6:4, 13:23, 14:4, 35:18, 35:19
**IOWA** [1] - 1:1
**Iowa** [4] - 1:10, 1:11, 12:12, 12:19
**iPhone** [1] - 28:24
**issue** [2] - 32:3, 32:12
**issued** [1] - 24:24
**issues** [1] - 15:18

### J

**jail** [3] - 6:21, 15:6, 26:4
**January** [1] - 14:9
**JOHN** [1] - 1:6
**John** [2] - 2:5, 4:22
**JR** [2] - 1:6, 4:3
**judge** [28] - 3:11, 3:12, 3:13, 3:21, 9:12, 9:20, 9:24, 11:10, 21:14, 24:16, 24:23, 25:3, 25:4, 25:6, 25:7, 25:13, 27:2, 27:7, 27:13, 27:15,

Contact Shelly Semmler at 712-233-3846 or ssemmlerreporting@gmail.com
(712) Please do not copy without permission.

Case 2:20-cr-01012-CJW-MAR    Document 161    Filed 10/06/21    Page 39 of 42

29:3, 30:4, 30:11, 30:12, 31:2, 31:5, 34:16, 34:20
**Judge** [10] - 1:9, 15:16, 16:25, 17:10, 17:12, 21:4, 23:23, 26:12, 35:12, 35:25
**Junior** [2] - 2:6, 4:23
**jurisdiction** [1] - 35:12
**jurisdictions** [1] - 35:16
**jurors** [2] - 9:9, 11:10
**jury** [12] - 9:6, 9:9, 9:13, 9:14, 9:16, 9:20, 9:24, 11:10, 11:19, 26:17, 29:4, 34:3

### K

**kind** [2] - 7:21, 26:7
**knowing** [1] - 34:6
**knowingly** [4] - 4:5, 4:20, 12:12, 12:19
**knowledge** [1] - 6:1
**knows** [2] - 34:2, 34:3

### L

**language** [1] - 5:4
**last** [3] - 18:9, 18:14, 20:20
**law** [2] - 9:11, 32:2
**Law** [1] - 1:17
**laws** [1] - 28:10
**lawyer** [1] - 8:16
**least** [1] - 24:14
**leave** [7] - 16:22, 17:3, 17:7, 18:2, 20:2, 20:18, 22:19
**legal** [1] - 31:16
**less** [1] - 25:7
**letter** [1] - 14:9
**lettered** [1] - 16:2
**Lexapro** [1] - 6:24
**lie** [2] - 4:5, 4:12
**life** [3] - 24:14, 26:25, 28:12
**likely** [2] - 27:7, 28:9
**limited** [1] - 30:21
**line** [3] - 18:15, 18:16, 32:7
**listed** [1] - 25:9
**live** [1] - 28:11
**Liz** [1] - 2:7
**local** [1] - 27:5
**looks** [1] - 15:1
**lose** [1] - 26:16
**loss** [1] - 26:18
**luck** [1] - 35:5

### M

**MacBook** [1] - 32:4
**Madison** [2] - 1:18, 15:5
**magistrate** [2] - 3:11, 3:21
**Magistrate** [1] - 1:9
**mandatory** [2] - 24:12,

24:17
**March** [2] - 12:11, 12:18
**Mark** [2] - 1:9, 2:9
**MARK** [1] - 1:16
**marked** [1] - 14:10
**marshal's** [1] - 17:5
**materials** [1] - 23:14
**matter** [3] - 2:10, 5:16, 36:23
**maximum** [4] - 24:10, 24:20, 25:17, 34:2
**mean** [7] - 5:11, 7:7, 7:9, 19:20, 22:19, 31:22
**means** [6] - 9:14, 9:19, 10:4, 13:11, 13:18, 25:7
**meant** [1] - 15:23
**meantime** [1] - 35:1
**medication** [2] - 6:18, 7:6
**melatonin** [1] - 6:21
**mental** [8] - 4:19, 5:7, 5:16, 5:21, 5:24, 6:6, 6:7, 6:19
**mentioned** [2] - 26:22, 34:24
**might** [6] - 5:16, 6:15, 7:19, 7:23, 25:23, 27:17
**mind** [2] - 20:12, 31:4
**minor** [4] - 12:24, 13:4, 13:23, 14:4
**minute** [3] - 16:13, 16:16, 29:17
**minutes** [1] - 21:21
**Miss** [2] - 14:19, 32:4
**moment** [1] - 33:2
**monitored** [1] - 27:1
**month** [1] - 33:3
**months** [1] - 25:2
**morning** [4] - 3:8, 3:15, 8:15, 11:2, 22:23, 33:1
**most** [1] - 30:5
**mother** [1] - 32:5
**mother's** [1] - 7:6
**MR** [23] - 6:10, 8:12, 14:18, 15:11, 15:16, 16:24, 17:9, 17:22, 21:4, 23:9, 23:12, 23:15, 23:18, 23:22, 26:12, 31:15, 31:18, 31:22, 31:25, 32:20, 35:12, 35:24, 36:2
**MS** [17] - 2:21, 14:13, 14:25, 16:6, 16:9, 16:13, 16:16, 16:23, 18:4, 20:21, 23:2, 23:5, 29:11, 29:18, 32:13, 32:24, 35:8

### N

**name** [3] - 4:21, 6:23, 18:14
**national** [1] - 28:9
**need** [8] - 3:10, 3:24, 8:13, 11:24, 14:20, 16:2, 19:4, 24:3

**never** [1] - 10:17
**next** [4] - 21:23, 33:3
**nexus** [1] - 34:12
**night** [1] - 6:22
**nobody** [1] - 11:7
**NORTHERN** [1] - 1:1
**Northern** [3] - 1:10, 12:12, 12:18
**nothing** [3] - 5:20, 7:14, 8:2
**notice** [1] - 30:2
**noticed** [1] - 15:1
**now's** [1] - 31:24
**Number** [3] - 2:6, 17:16, 20:25
**number** [4] - 3:20, 14:22, 16:1, 17:25

### O

**oath** [4] - 4:1, 4:2, 4:4, 9:10
**objection** [3] - 2:19, 14:17, 34:19
**objections** [1] - 34:19
**OF** [3] - 1:1, 1:3, 1:6
**offender** [2] - 28:8, 28:10
**offenders** [1] - 28:9
**offense** [1] - 26:15
**offenses** [2] - 4:8, 4:15
**offer** [1] - 10:21
**offered** [2] - 14:11, 14:15
**office** [2] - 26:17, 30:3
**Office** [1] - 35:21
**officer** [2] - 26:1, 27:1, 29:21
**Offices** [1] - 1:17
**old** [2] - 4:24, 4:25
**omission** [1] - 15:14
**omissions** [1] - 30:2
**omit** [1] - 22:19
**omitted** [2] - 32:18, 32:22
**one** [13] - 4:7, 10:16, 12:7, 12:13, 12:19, 13:22, 14:3, 16:17, 16:18, 19:18, 19:19, 20:20, 31:19
**One** [1] - 16:11
**open** [2] - 7:21, 10:5
**open-ended** [1] - 7:21
**opportunity** [5] - 3:4, 15:13, 19:9, 19:24, 20:5
**order** [5] - 17:5, 17:18, 29:20, 34:22
**otherwise** [1] - 27:15
**outside** [1] - 20:17
**overcome** [1] - 9:22
**own** [1] - 19:21

### P

**page** [5] - 15:1, 15:17, 18:10, 18:14, 21:20

**paragraph** [6] - 15:2, 21:22, 29:14, 30:22, 31:19, 31:25
**paragraphs** [6] - 16:3, 16:18, 21:24, 22:5, 22:8, 22:14
**parole** [4] - 24:11, 25:19, 26:1, 26:2
**paroled** [1] - 26:2
**part** [2] - 30:20, 30:23
**partial** [1] - 29:12
**parties** [2] - 14:7, 34:18
**party** [1] - 32:8
**pay** [2] - 10:25, 28:16
**pen** [1] - 16:10
**penalties** [3] - 24:3, 24:10, 24:20
**people** [3] - 9:6, 9:8, 9:14
**percentage** [1] - 25:25
**perform** [1] - 24:23
**perhaps** [1] - 15:7
**period** [1] - 4:8
**perjury** [1] - 4:6
**permission** [1] - 16:6
**person** [1] - 2:8
**personnel** [2] - 17:4, 17:6
**physical** [1] - 6:19
**place** [1] - 22:12
**placed** [1] - 26:23
**places** [2] - 22:1, 22:10
**placing** [1] - 22:3
**Plaintiff** [1] - 1:4, 1:14
**plea** [53] - 2:11, 3:14, 4:20, 8:11, 11:18, 11:24, 14:8, 15:1, 15:21, 18:1, 18:6, 18:10, 18:18, 19:2, 19:6, 19:10, 19:16, 20:16, 21:8, 21:12, 21:16, 21:20, 22:7, 22:17, 22:21, 22:22, 23:4, 23:11, 23:17, 24:6, 28:16, 28:21, 29:9, 29:15, 30:15, 30:20, 30:22, 30:23, 31:2, 31:3, 31:11, 31:14, 31:17, 31:19, 32:19, 32:23, 34:2, 34:8, 34:11, 34:17, 34:21, 35:9, 36:6
**PLEA** [1] - 1:6
**Plea** [1] - 1:9
**plead** [15] - 3:8, 8:15, 8:24, 10:11, 11:1, 11:17, 29:19, 31:1, 31:9, 31:10, 33:5, 33:12, 33:14, 33:18, 34:6
**pleaded** [1] - 33:23
**pleading** [1] - 27:24
**plenty** [2] - 19:6, 19:9
**point** [3] - 4:1, 24:3, 30:1
**pornography** [8] - 2:24, 2:25, 3:1, 12:2, 12:14, 12:20, 28:25, 33:20
**portion** [1] - 17:19
**possess** [2] - 26:17, 27:6

**possibility** [2] - 24:11, 25:19
**possible** [3] - 23:19, 23:23, 28:5
**powder** [1] - 7:11
**predicted** [1] - 25:16
**prepared** [1] - 2:1
**prepubescent** [2] - 13:24, 14:5
**prescribed** [1] - 7:5
**prescription** [1] - 6:19
**present** [5] - 10:15, 10:20, 11:2, 30:10, 35:17
**presentence** [5] - 29:20, 29:23, 34:23, 35:13, 35:16
**preserve** [2] - 16:20, 17:19
**preside** [4] - 3:13, 3:14, 3:16, 3:23
**pressure** [1] - 34:7
**pressured** [2] - 31:8, 33:5, 33:11
**presumed** [1] - 9:20
**presumption** [3] - 9:18, 9:21, 9:24
**prison** [5] - 25:22, 25:24, 26:2, 26:23, 27:14
**privilege** [4] - 16:21, 17:7, 17:20, 20:11
**privileged** [2] - 19:24, 20:10
**privileges** [1] - 27:24
**Pro** [1] - 32:4
**Probation** [1] - 35:21
**probation** [3] - 27:1, 29:21, 30:3
**problem** [1] - 20:21
**Procedure** [1] - 2:12
**procedure** [1] - 35:13
**procedures** [2] - 27:23, 30:14
**proceed** [2] - 3:21, 20:24
**proceeding** [1] - 3:14
**proceedings** [8] - 5:15, 5:23, 6:16, 7:2, 7:16, 7:19, 7:25, 36:23
**process** [1] - 35:19
**produce** [1] - 10:19
**produced** [1] - 9:22
**professionals** [1] - 5:17
**promises** [3] - 31:10, 34:7, 34:8
**proof** [1] - 10:17
**property** [4] - 28:22, 29:2, 29:4, 34:13
**prosecutor** [2] - 11:9, 15:20
**protect** [1] - 20:11
**prove** [9] - 12:4, 12:11, 12:15, 12:23, 13:1, 13:8, 13:13, 13:22, 14:1

**proved** [1] - 9:23
**provided** [1] - 9:3
**provisions** [1] - 22:23
**public** [2] - 9:6, 26:17
**punishable** [1] - 24:9
**punishments** [1] - 34:2
**purpose** [1] - 24:7
**pursuant** [1] - 2:11
**put** [4] - 16:25, 17:2, 18:15, 22:16

## Q

**questioning** [1] - 18:3
**questions** [14] - 3:25, 4:12, 4:17, 14:21, 17:25, 19:10, 19:12, 19:16, 20:23, 21:8, 21:11, 30:14, 33:8, 35:2
**quite** [2] - 19:21

## R

**raise** [1] - 4:2
**range** [5] - 25:1, 25:2, 25:5, 25:6, 25:9
**Rapids** [2] - 1:11, 1:15
**rather** [1] - 17:8
**RDR** [2] - 1:19, 36:24
**reached** [2] - 19:17, 21:9
**read** [7] - 12:6, 12:7, 12:8, 18:20, 19:1, 20:12, 22:13
**reading** [2] - 5:3, 19:21
**reads** [1] - 32:1
**really** [5] - 4:18, 19:23, 20:6, 32:3, 32:9
**reason** [4] - 5:19, 7:18, 8:10, 31:16
**reasonable** [2] - 9:23, 12:4
**receipt** [1] - 2:25
**receive** [3] - 25:16, 25:23, 29:24
**received** [1] - 3:2
**recommend** [1] - 11:23
**recommendation** [2] - 34:15, 34:21
**recommending** [1] - 34:16
**record** [6] - 3:19, 29:14, 32:9, 32:11, 33:17, 33:22
**recording** [4] - 1:19, 2:2, 36:9, 36:23
**reduced** [1] - 25:23
**reflect** [2] - 3:19, 33:22
**register** [2] - 28:8, 28:10
**registration** [1] - 28:11
**registry** [1] - 28:9
**release** [8] - 24:13, 26:24, 27:3, 27:10, 27:12, 27:13, 27:15, 27:17
**rely** [1] - 30:5
**relying** [1] - 27:25

**remain** [2] - 11:6, 35:1
**report** [6] - 29:23, 29:25, 30:5, 34:15, 34:19, 35:16
**report's** [1] - 30:8
**represent** [3] - 8:17, 8:18, 8:21
**represented** [2] - 2:7, 2:9
**request** [1] - 17:20
**required** [5] - 28:8, 28:10, 28:12, 28:16, 28:21
**requisite** [1] - 34:12
**respect** [1] - 32:12
**rest** [2] - 26:25, 28:12
**restitution** [1] - 28:17
**result** [7] - 24:25, 26:16, 28:7, 28:15, 28:20, 29:8, 34:6
**retained** [1] - 8:18
**return** [2] - 17:21, 21:3
**returned** [3] - 11:20, 21:7, 32:5
**review** [1] - 18:18
**revoke** [1] - 27:13
**rights** [7] - 8:14, 26:19, 28:5, 30:21, 30:24, 34:4
**Roberts** [1] - 1:9
**role** [1] - 9:8
**room** [5] - 16:22, 16:24, 17:1, 17:3, 17:7
**round** [1] - 23:22
**Rule** [1] - 2:11
**Rules** [1] - 2:11

## S

**s/Shelly** [1] - 36:24
**satisfaction** [1] - 19:13
**satisfied** [2] - 9:2, 11:25
**schedule** [2] - 30:8, 34:25
**school** [1] - 5:1
**Sealed** [2] - 17:16, 20:25
**sealed** [3] - 17:17, 17:19, 21:1
**seated** [1] - 2:4
**second** [3] - 12:22, 12:25, 18:13
**section** [2] - 9:7, 21:21
**see** [8] - 10:6, 10:7, 14:23, 18:14, 18:16, 22:8, 22:9, 32:7
**seeing** [1] - 26:1
**seized** [2] - 32:2
**selected** [1] - 9:6
**selecting** [1] - 9:8
**Semmler** [3] - 1:19, 36:24, 36:24
**send** [1] - 27:13
**sentence** [14] - 25:3, 25:5, 25:6, 25:12, 25:14, 25:17, 25:22, 25:25, 26:10, 26:23,

30:6, 30:13, 30:18, 31:5
**sentenced** [1] - 4:8
**sentencing** [11] - 24:22, 24:24, 25:2, 25:10, 27:2, 27:7, 30:4, 30:9, 30:14, 34:25
**Sentencing** [1] - 24:25
**separate** [2] - 17:16, 20:25
**serve** [2] - 9:9, 26:17
**served** [2] - 26:23, 27:17
**service** [1] - 17:5
**services** [2] - 8:19, 9:3
**serving** [1] - 26:5
**set** [1] - 30:22
**Seventh** [2] - 1:10, 1:15
**several** [1] - 19:8
**sex** [3] - 28:8, 28:9, 28:10
**sexually** [2] - 12:24, 13:5
**Shelly** [2] - 1:19, 36:24
**shift** [1] - 10:18
**short** [1] - 7:9
**shy** [1] - 20:22
**sic** [1] - 24:17
**sign** [1] - 34:15
**signature** [5] - 18:13, 18:15, 18:16
**signed** [5] - 3:22, 18:19, 18:22, 19:7, 22:17
**signing** [1] - 18:25
**silent** [1] - 11:6
**simply** [2] - 25:1, 34:21
**Sioux** [1] - 1:20
**sit** [2] - 19:15, 35:15
**Sixth** [1] - 1:19
**sleep** [1] - 6:21
**somewhat** [1] - 22:18
**sorry** [9] - 2:15, 15:11, 18:12, 20:3, 20:14, 20:19, 20:22, 28:2, 31:22
**Southeast** [2] - 1:10, 1:15
**special** [3] - 24:12, 24:17, 24:18
**speedy** [1] - 9:5
**spent** [1] - 26:11
**stage** [1] - 8:17
**standard** [1] - 27:4
**state** [4] - 4:19, 4:21, 27:5, 28:11
**statement** [4] - 4:5, 4:7, 4:13, 32:1
**statements** [1] - 4:14
**STATES** [2] - 1:1, 1:3
**States** [11] - 1:9, 1:14, 2:5, 2:6, 2:7, 3:11, 3:12, 24:24, 27:1, 35:7, 35:20
**statutes** [1] - 25:10
**statutory** [1] - 25:12
**still** [2] - 8:19, 19:25
**Stipulation** [1] - 21:22

*Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com*
*to purchase a complete copy of the transcript.*

**stop** [1] - 8:7
**Street** [1] - 1:19
**stuff** [1] - 7:9
**subject** [2] - 28:23, 34:13
**subparagraphs** [1] - 21:23
**subpoenaed** [1] - 10:23
**subsections** [1] - 15:3
**substances** [1] - 27:7
**suffered** [1] - 5:6
**suggest** [2] - 25:14, 35:20
**suggests** [1] - 25:3
**summary** [1] - 11:16
**superseding** [7] - 2:23, 3:2, 12:1, 12:3, 21:13, 33:18, 33:24
**supervised** [8] - 24:13, 26:24, 27:3, 27:10, 27:12, 27:13, 27:15, 27:17
**support** [1] - 23:16
**suppose** [2] - 2:13, 16:21
**swear** [1] - 9:10
**SWORN** [1] - 4:3
**system** [1] - 26:3

## T

**TAKING** [1] - 1:6
**technicality** [1] - 22:20
**telephone** [1] - 2:15
**term** [1] - 24:13
**terms** [3] - 19:2, 22:14, 27:11
**testify** [5] - 11:6, 11:7, 11:8, 11:13
**testimony** [1] - 10:9
**THE** [217] - 1:1, 1:1, 2:4, 2:16, 2:17, 2:18, 2:19, 2:22, 3:3, 3:4, 3:6, 3:7, 3:9, 3:10, 3:18, 3:19, 4:4, 4:10, 4:11, 4:16, 4:17, 4:22, 4:24, 4:25, 5:1, 5:2, 5:3, 5:5, 5:6, 5:8, 5:9, 5:11, 5:14, 5:18, 5:19, 6:1, 6:3, 6:11, 6:13, 6:14, 6:17, 6:18, 6:20, 6:25, 7:3, 7:5, 7:7, 7:12, 7:17, 7:18, 7:20, 7:21, 8:2, 8:4, 8:8, 8:9, 8:13, 9:1, 9:2, 9:4, 9:5, 9:17, 9:18, 10:2, 10:3, 10:14, 10:15, 11:4, 11:5, 11:15, 11:16, 11:22, 11:23, 12:16, 12:17, 12:21, 12:22, 13:2, 13:3, 13:6, 13:7, 13:14, 13:15, 13:20, 13:21, 14:2, 14:3, 14:6, 14:7, 14:17, 14:21, 15:10, 15:12, 15:19, 15:25, 16:2, 16:5, 16:8, 16:11, 16:15, 16:19, 17:1, 17:11, 17:13, 17:18, 17:23, 17:24, 18:5, 18:8, 18:9, 18:11, 18:12, 18:17, 18:18,

18:20, 18:22, 18:24, 18:25, 19:3, 19:4, 19:8, 19:9, 19:11, 19:12, 19:14, 19:15, 19:18, 19:23, 20:3, 20:4, 20:6, 20:8, 20:14, 20:15, 20:19, 20:22, 21:2, 21:5, 21:10, 21:12, 21:18, 21:19, 22:2, 22:3, 22:6, 22:7, 22:11, 22:12, 22:15, 22:16, 22:24, 22:25, 23:3, 23:6, 23:10, 23:13, 23:16, 23:19, 24:2, 24:21, 24:22, 25:20, 25:21, 26:4, 26:8, 26:13, 26:14, 26:15, 26:21, 26:22, 27:19, 27:22, 28:1, 28:3, 28:6, 28:7, 28:14, 28:15, 28:19, 28:20, 29:5, 29:7, 29:16, 29:19, 30:16, 30:17, 30:25, 31:1, 31:7, 31:8, 31:12, 31:13, 31:16, 31:21, 31:24, 32:11, 32:14, 32:16, 32:17, 32:21, 32:25, 33:7, 33:8, 33:10, 33:11, 33:13, 33:14, 33:16, 33:17, 33:21, 33:22, 35:4, 35:5, 35:10, 35:18, 36:1, 36:4
**themselves** [1] - 11:12
**therefore** [1] - 34:10
**they've** [1] - 7:7
**third** [3] - 13:7, 13:12, 32:8
**thorough** [1] - 29:22
**threatened** [1] - 31:9
**threats** [1] - 34:7
**three** [1] - 2:23
**throughout** [1] - 22:7
**title** [1] - 28:22
**today** [22] - 2:10, 2:14, 2:15, 3:17, 3:24, 4:13, 4:19, 5:23, 6:9, 6:16, 7:2, 8:5, 8:25, 10:11, 11:17, 19:15, 22:17, 24:8, 27:25, 29:20, 35:3, 35:9
**together** [1] - 35:15
**top** [1] - 18:15
**track** [1] - 7:13
**Transcribed** [1] - 1:19
**TRANSCRIPT** [1] - 1:6
**transcript** [4] - 2:1, 17:19, 36:9, 36:22
**transported** [4] - 13:9, 13:11, 13:16, 13:18
**travel** [1] - 10:24
**trial** [13] - 8:20, 8:22, 9:6, 9:11, 9:16, 9:19, 10:4, 10:18, 10:23, 11:6, 11:17, 11:19, 29:3
**true** [8] - 12:9, 12:17, 13:3, 13:15, 13:19, 14:3, 22:5, 32:13
**truthfully** [1] - 4:12
**try** [1] - 9:10

**turn** [2] - 18:9, 21:19
**twice** [1] - 12:6
**two** [2] - 16:1, 17:14
**typed** [1] - 18:14
**typically** [2] - 14:23, 35:18

## U

**U.S** [1] - 26:13
**ultimately** [2] - 25:12, 31:5
**unanimous** [1] - 9:13
**under** [6] - 3:25, 4:4, 9:10, 24:23, 28:10, 30:21
**understood** [2] - 19:1, 22:13, 33:2
**unhappy** [1] - 31:4
**UNITED** [2] - 1:1, 1:3
**United** [11] - 1:9, 1:14, 2:5, 2:6, 2:7, 3:11, 3:12, 24:24, 27:1, 35:6, 35:20
**unless** [1] - 24:15
**up** [8] - 8:14, 10:12, 11:2, 17:9, 24:19, 25:17, 29:1, 29:4
**updated** [1] - 35:9
**upward** [1] - 25:8

## V

**validity** [2] - 32:19, 32:23
**verdict** [4] - 9:13, 9:15, 11:13, 11:20
**versus** [1] - 2:5
**victims** [1] - 28:17
**video** [2] - 2:10, 2:15
**view** [2] - 12:13, 12:19
**violate** [1] - 27:12
**violations** [1] - 27:18
**visual** [10] - 12:13, 12:20, 12:23, 13:3, 13:8, 13:10, 13:15, 13:17, 13:22, 14:4
**volume** [2] - 17:17, 21:1
**voluntarily** [3] - 3:15, 4:19, 34:4
**voluntary** [3] - 31:14, 33:15, 34:6
**vote** [3] - 26:16, 27:20, 28:5
**voting** [2] - 27:23, 28:5
**vs** [1] - 1:5

## W

**waived** [2] - 30:20, 34:4
**waiver** [1] - 29:12
**waiving** [1] - 30:24
**wants** [1] - 17:10
**Washington** [1] - 1:17
**WATERLOO** [1] - 1:2
**week** [1] - 33:3
**welcome** [2] - 17:24, 21:5

**whatsoever** [2] - 19:16, 21:8
**whole** [1] - 18:22
**WI** [1] - 1:18
**wish** [1] - 21:16
**withdraw** [2] - 21:16, 31:3
**witnesses** [7] - 10:5, 10:6, 10:8, 10:12, 10:21, 10:23, 10:24
**works** [1] - 35:22
**writer** [1] - 35:14
**written** [2] - 3:20, 34:22

## Y

**year** [1] - 33:3
**years** [4] - 4:25, 13:24, 14:5, 24:14
**years'** [2] - 24:11, 25:18

*Contact Shelly Semmler at 712-233-3841 or ssemmlerreporting@gmail.com*
*to purchase a complete copy of the transcript.*

Case 2:20-cr-01012-CJW-MAR    Document 161    Filed 10/06/21    Page 42 of 42